829

No. 97–8558.  JOHNSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 97–8586.  LEE v. UNITED STATES;
No. 97–8634.  HALL v. UNITED STATES;
No. 97–8636.  PALMER v. UNITED STATES; and
No. 97–8638.  CURRY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 130 F. 3d 765.

No. 97–8593.  R. D. v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 97–8620.  ESCOBAR v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 97–8626.  WITHERS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 97–8641.  ESCOBAR DE JESUS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 97–8654.  GRUBBS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–8670.  GONZALEZ BATH v. TEXAS.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 97–8677.  DEE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–8678.  DUNCAN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–8681.  HOLLAND v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 97–8701.  KOKORALEIS v. GILMORE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 97–8740.  WILKENS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–8745.  NAHNKEN v. UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 97–8767.  RASON v. WEST, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.